UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DELGADO-ROSAS, MIGUEL ANGEL | ) | Case No. 09-31563-SV EWH |
| DELGADO-ENCINAS, HILDA ARMIDA | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 5/18/2010 | Miguel A & Hilda A Delgado<br>138 Avenida Lirio<br>Rio Rico AZ 85648<br>(Debtors' pro rata share of the 2009 tax refunds) | $261.73 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $261.73 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| August 17, 2010 | /s/ Beth Lang |
| Date | Beth Lang, Trustee |

Copy of the foregoing mailed, first-class
postage, August 17, 2010, to:

Miguel A & Hilda A Delgado
138 Avenida Lirio
Rio Rico AZ 85648

/s/ Linda Mattern
Linda L. Mattern, PLS, ACP
Certified Paralegal - Bankruptcy Specialist